UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

      Plaintiffs,

VS.

HEIDI HAISCHER

      Defendant,

2:11-cr-267-MMD-CWH

MINUTES OF THE COURT

Dated: November 6, 2012

PRESENT:

THE HONORABLE **MIRANDA M. DU, U.S. DISTRICT JUDGE**

DEPUTY CLERK: PEGGIE VANNOZZI     COURT REPORTER: ELLEN FORD

PRESENT FOR PLAINTIFF:     BRIAN YOUNG AND THOMAS HALL, TRIAL ATTORNEYS

PRESENT FOR DEFENDANT:     GABRIEL GRASSO

IN COURT PROCEEDINGS - JURY TRIAL (DAY 1)

     Proceedings begin at 9:15 AM. The Defendant is present. Case agent Dawn Tomzish is present. Paralegal Kelsey Ferguson assists Government counsel. Attorneys Zohra Bakhetary and Julian Gregory assist Defense counsel.

     The Court DENIES [58] for the reasons given in open court. The Court will ask limited questions regarding domestic violence to the jury during voir dire.

     62 of 63 prospective jurors enter. (One prospective juror was excused prior to Court, due to illness.) The prospective jurors are sworn. Voir dire commences.

     The proposed jurors exit at 11:25 PM with instructions to return to Court at 12:45 PM.

     Peremptory challenges are exercised.

     Proceedings recess from 12:00 noon to 12:51 PM. All parties and prospective jurors are present.

     14 jurors are seated and sworn. The remaining proposed jurors are thanked and

USA VS. HEIDI HAISCHER
2:11-CR-267-MMD-CWH
November 6, 2012
Page two

and excused.  The Court admonishes the jury.

    Mr. Young presents the Government's opening statement.  Mr. Grasso advises the Court that Defendant will reserve its opening statement.

    **Bill Theobald** is sworn to testify.  Mr. Hall examines the witness.  Government's exhibits 21 and 22 are marked and admitted.  Mr. Grasso examines the witness.  The witness is excused.

    **Lisa Ann Parsons** is sworn to testify.  Mr. Hall examines the witness.  Government's exhibits 8, 9, 10, 11, 11a, 12, 13, 14, 2, and 3 are marked and admitted.  Governent's exhibit 1c is marked.  Mr. Grasso and Mr. Hall examine the witness.  The witness is excused.

    The Court admonishes the jury.  IT IS ORDERED: Jury trial is continued to Wednesday, November 7, 2012 at 9:00 AM.

    Proceedings recess at 3:00 PM

                                     **LANCE S. WILSON, CLERK**
                                     **UNITED STATES DISTRICT COURT**

**]**                                    /s/ Peggie Vannozzi
                                   DEPUTY CLERK