UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00267-MMD-CWH |
|---|---|
| Plaintiff, | ORDER TEMPORARILY UNSEALING TRANSCRIPT |
| v. | |
| HEIDI HAISCHER, | |
| Defendant. | |

On June 20, 2013, this Court received a transcript order form dated June 20, 2013, requesting transcripts of hearings held on June 6 and June 9, 2012, from Franny Forsman, counsel for Defendant Heidi Haischer, in which portions of each of the hearings are sealed.

IT IS THE ORDER OF THE COURT that portions of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearing as requested by Defendant's Counsel.

IT IS FURTHER ORDERED that portions of each sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

IT IS FURTHER ORDERED that Defendant's Counsel shall not disclose the sealed contents of each transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED THIS 25th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE