UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HEIDI HAISCHER,<br>　　　　　　　　　Defendant, | Case No. 2:11-cr-267-MMD-CWH<br><br>ORDER |

This Court having ordered the jury impaneled in the above entitled action to be kept together on March 11, 2016 and during periods of deliberation, now, therefore, **IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated: March 14, 2016

_____
U.S. DISTRICT JUDGE